IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR. NO. 2:21-cr-696 |
| | ) | |
| | ) | |
| vs. | ) | 18 U.S.C. §2252A(a)(5)(B) |
| | ) | 18 U.S.C. §2252A(b)(2) |
| | ) | 18 U.S.C. §2253 |
| | ) | 28 U.S.C. §2461(c) |
| | ) | |
| | ) | |
| **DEVEN LEWIS VANDENEYNDE** | ) | **INFORMATION** |

<u>COUNT ONE</u>
(Possession of Child Pornography Involving a Prepubescent Minor)

THE ACTING UNITED STATES ATTORNEY CHARGES:

That on or about February 6, 2020, in the District of South Carolina, the defendant, **DEVEN LEWIS VANDENEYNDE**, did knowingly possess materials that contained images of child pornography, as defined in Title 18, United States Code, Section 2256(8), that involved a prepubescent minor, that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by computer, and that were produced using materials that had been mailed, shipped and transported in interstate and foreign commerce by any means, including by compute

In violation of Title 18, United States Code, Sections 2252A(a)(5)(B) and 2252A(b)(2).

1

## FORFEITURE

CHILD PORNOGRAPHY:

Upon conviction for violation of Title 18, United States Code, Section 2252A, as charged in this Information, the Defendant, **DEVEN LEWIS VANDENEYNDE**, shall forfeit to the United States his interest in:

i. any visual depiction described in section 2251, 2251A, 2252, or 2252A of chapter 110 of the United States Code, or any book, magazine, periodical, film, videotape, or other matter which contains any such visual depiction, which was produced, transported, mailed, shipped or received in violation of chapter 110 of the United States Code;

ii. any property, real or personal, constituting or traceable to gross profits or other proceeds obtained from such offenses; and

iii. any property, real or personal, used or intended to be used to commit or to promote the commission of such offenses.

PROPERTY:

Pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c), the property which is subject to forfeiture upon conviction of the Defendant for the offense charged in this Information includes, but is not limited to, the following:

A. Cash Proceeds/Forfeiture Judgment:

A sum of money equal to all proceeds the Defendant obtained, directly or indirectly, from the offenses charged in this Information, and all interest and proceeds traceable thereto, and/or such sum that equals all property derived from or traceable to his violation of Title 18.

B.  Electronic Equipment:

Apple iPhone 6 S/N: DNQN8FFAG5MC

SUBSTITUTE ASSETS:

If any of the property described above, as a result of any act or omission of the Defendant:

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of any other property of the Defendant up to an amount equivalent to the value of the above-described forfeitable property;

All pursuant to Title 18, United States Code, Section 2253 and Title 28, United States Code, Section 2461(c).

_____
M. RHETT DEHART (dhs)
ACTING UNITED STATES ATTORNEY